IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TIFFANY LYNN SNIDER,** | ) |
| Petitioner, | ) ) ) |
| vs. | ) CIV. ACT. NO. 1:24-cv-215-TFM-MU |
| | ) CRIM. ACT. NO. 1:20-cr-41-TFM-MU |
| **UNITED STATES OF AMERICA,** | ) ) |
| Respondent. | ) |

## MEMORANDUM OPINION AND ORDER

On August 7, 2025, the Magistrate Judge entered a Report and Recommendation which recommends this petition brought under 28 U.S.C. § 2255 be denied and the denial of a certificate of appealability and the ability to appeal *in forma pauperis*. *See* Doc. 318. No objections were filed and the time frame has passed.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Tiffany Lynn Snider's petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2255 is **DENIED**. Finally, the Court determines that Petitioner is not entitled to a Certificate of Appealability and certifies that the appeal would not be taken in good faith and therefore Petitioner not entitled to appeal *in forma pauperis*.

The Court will enter a separate judgment pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 18th day of September, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE