IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TIFFANY LYNN SNIDER,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIV. ACT. NO. 1:24-cv-215-TFM-MU |
| ) | CRIM. ACT. NO. 1:20-cr-41-TFM-MU |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

## **JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this date adopting the Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED, and DECREED** that Tiffany Lynn Snider's petition under 28 U.S.C. § 2255 is hereby **DENIED**. Further the Court determines that Petitioner is not entitled to a Certificate of Appealability and is not entitled to appeal *in forma pauperis*.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 18th day of September, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE